**Christi J. KOTSCHWAR, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2007–3244.

United States Court of Appeals, Federal Circuit.

June 29, 2007.

Christi J. Kotschwar, pro se.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**John E. COLVELL, Jr., Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 2007–3245.

United States Court of Appeals, Federal Circuit.

June 29, 2007.

John E. Colvell, Jr., pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.